# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 10, 2026

Lyle W. Cayce
Clerk

No. 25-20591

---

Iverson Esmaycol Mejia Juarez,

*Petitioner—Appellee*,

*versus*

Pamela Bondi, *in her official capacity as U.S. Attorney General*; Kristi Noem, *in her official capacity as Secretary, U.S. Department of Homeland Security*; Bret A. Bradford, *in his official capacity as Field Office Director for Detention and Removal with Immigration and Customs Enforcement*,

*Respondents—Appellants.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-3937

---

CLERK'S OFFICE:

Under Fed. R. App. P.42(b), the appeal is dismissed as of March 10, 2026, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Rebecca Endry*

No. 25-20591

By: _____
Rebecca Andry, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT